■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES PEARCE, Appellant. [3 NYS3d 662]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Carni, Whalen and DeJoseph, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARL GEE, Appellant. [3 NYS3d 662]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Carni, Whalen and DeJoseph, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY YOUNGBLOOD, Appellant. [3 NYS3d 662]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Peradotto and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHARROWL DAVIS, Also Known as SHARROD DAVIS, Appellant. [3 NYS3d 363]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Peradotto, Carni and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY A. RIMMEN, Appellant. [3 NYS3d 686]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Centra, Peradotto and Lindley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RABAH E. MORAN, Also Known as TERRY McKEE, Appellant. [3 NYS3d 687]—Motion for writ of error coram nobis denied. Present—Peradotto, J.P., Lindley, Sconiers and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISIAH WILLIAMS, Appellant. (Appeal No. 2.) [3 NYS3d 687]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Carni, Lindley and Sconiers, JJ.